UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 5:23-cr-00102-GFVT |
| v. | ) | |
| JAIR CISNEROS-GOMEZ, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Edward Atkins. [R. 19.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id.* at 3. The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Cisneros-Gomez knowingly and competently pled guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Edward Atkins's Recommendation to Accept Guilty Plea **[R. 19]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Jair Cisneros-Gomez is **ADJUDGED** guilty of Count 1 of the Indictment;

3. The Defendant's Jury Trial is **CANCELLED**;

4. A Sentencing Order shall be entered promptly.

This the 21st day of December, 2023.

Gregory F. Van Tatenhove
United States District Judge